GEOFFREY A. HANSEN
Acting Federal Public Defender
JOHN PAUL REICHMUTH
Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant KREITER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 11-00931-1-CW |
| ) | |
| Plaintiff, ) | **STIPULATION TO MODIFY** |
| ) | **PROBATION CONDITIONS** |
| vs. ) | **[PROPOSED] ORDER** |
| ) | |
| LINDA KREITER, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

      The parties hereby STIPULATE that the Probation Conditions in this case be modified such that the home detention condition and electronic location monitoring conditions (Special Conditions of Supervision Numbers 8 and 9) be TERMINATED. Ms. Kreiter has served approximately 10 out of the 12 months required by those conditions. She has not violated her Probation terms, and she has a number of commitments related to the health of a family member requiring that she leave home often.

...

...

1

The Probation Officer does not object to this modification.

Date  07/15/13

/s/
John Paul Reichmuth
Assistant Federal Public Defender
Counsel for defendant KREITER

Date  07/15/13

/s/
Wade Rhyne
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.     /S/ John Paul Reichmuth
Counsel for Defendant Kreiter

## ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that the home detention condition and electronic location monitoring conditions (Special Conditions of Supervision Numbers 8 and 9) be TERMINATED.

IT IS SO ORDERED.

7/22/2013
Date

HON. CLAUDIA WILKEN
CHIEF UNITED STATES DISTRICT JUDGE

2